UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDLE LEE CODY,<br><br>Defendant. | CASE NO. CR05-95C<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF PRE-TRIAL RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 7, 2005. The United States was represented by John Lulejian the defendant was represented by Peter Avenia. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been charged with Uttering Counterfeit Obligations or Securities and has plead guilty. The conditions of pre-tail release included requirements that defendant comply with the standard and specific conditions.

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPSO Lonnie G. Kaman alleged that the defendant violated the conditions of pre-trial supervision in three respects:

PROPOSED FINDINGS
PAGE -1-

1  (1)  He changed his residence without prior approval on or about July 22, 2005;

2  (2)  He consumed alcohol on or about July 25, 2005;

3  (3)  He failed to report for drug and alcohol testing on or about July 25, 2005.

At this initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing defendant admitted the violations #one through three, waived any hearing as to whether it occurred. Having found the violations, the Court heard testimony concerning items found in the defendant's new residence. Officer Kaman reported that a bottle labeled (approximately) "use to avoid positive drug detection" was discovered by the home owner. The owner believed that this was something which suggested to her that the defendant was still using drugs. Largely based upon this discovery, when coupled with the admitted violations, the Court has detained the defendant.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I found that defendant has violated the conditions of his pre-trial release as alleged.   Defendant has been detained pending a final determination by the court.

DATED this 14th day of September, 2005.

*/s/ Monica J. Benton*
Monica J. Benton
United States Magistrate Judge